IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| MARK DWIGHT ADOLPH | ) | CASE NO. 4-10-16077-EWH |
| CAROLYN LEONA ADOLPH | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 5 | Tucson Orth Inst.<br>P.O. Box 31630<br>Tucson AZ 85731 | $139.02 | $0.56 |
| 6 | American Infosource Lp<br>As Agent for Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $586.48 | $2.38 |
| 13 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541 | $744.05 | $3.02 |

Dated: May 13, 2011 /s/ SJK_____
Stanley J. Kartchner, Trustee